**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
07 DEC 21 AM 7:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES OF AMERICA,
Plaintiff,
vs.
JOSE LUIS LOPEZ-LOPEZ,
Defendant.

CASE NO. 07CR3142-H

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) of: 8 USC 1325 ILLEGAL ENTRY

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/20/07

WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ENTERED ON ________________